**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00687-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MANUEL CASTILLO,

    Applicant,

v.

JOHN DAVIS, Warden,
TOM CLEMENTS, Director, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, Manuel Castillo, is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista Correctional Complex-Main & Boot Camp, at Buena Vista, Colorado.  Mr. Castillo has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  He has stated in a Letter to the Court that the $5.00 filing fee will be sent to the Court by March 31, 2012.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Castillo will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Castillo files in response to this Order must include the civil action number on this Order.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District

Courts requires that Mr. Castillo go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Castillo must allege **on the Court-approved form** both the claims he seeks to raise and the specific facts to support each asserted claim. The Court has reviewed the Application submitted to the Court on March 19, 2012, and finds that it is deficient. Mr. Castillo fails to assert on Pages Two through Four a statement of the claims he intends to raise in this Court.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  __   is not submitted
(2)  __   is missing affidavit
(3)  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing an original signature by the prisoner
(7)  __   is not on proper form (must use the court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or habeas application
(9)  __   An original and a copy have not been received by the court. Only an original has been received.
(10) X    other: Must pay $5.00 filing fee, as stated in Letter, or if not submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action and a certified statement of the current funds in his inmate account

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form (must use the court's current form)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. ___
(15) __   uses et al. instead of listing all parties in caption
(16) __   An original and a copy have not been received by the court. Only an original has been received.
(17) __   Sufficient copies to serve each defendant/respondent have not been received by the court.

(18) __    names in caption do not match names in text
(19) _X_   other: Court-approved habeas form must include statement of claims on Pages Two through Four

Accordingly, it is

ORDERED that the Mr. Castillo cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Castillo files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Castillo shall obtain the Court-approved form used in filing a 28 U.S.C. § 2254 action and a 28 U.S.C. § 1915 Motion, if necessary, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Mr. Castillo fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 20th day of March, 2012.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge